MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Ernesto Manuel Gonzalez,*
*James Patrick Gillespie, Cesar Vaquera Morales,*
*Diego Chavez Garcia, and Bradley Campos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO MANUEL GONZALEZ, an individual, JAMES PATRICK GILLESPIE, an individual, CESAR VAQUERA MORALES, an individual, DIEGO CHAVEZ GARCIA, an individual, and BRADLEY CAMPOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00328-JCM-EJY<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT DAVID N. KARPEL**<br><br>(First Request) |

Plaintiffs, by and through their counsel of record, Melanie Hill with Melanie Hill Law PLLC, move for a 60-day extension of time to serve process on Defendant David N. Karpel pursuant to Federal Rules of Civil Procedure ("FRCP") 4(m) and 6(b)(1)(A) for good cause shown herein up to and including July 22, 2022. This is the first request to extend the service deadline.

///

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

1 of 4

This Motion is made and based upon the applicable Federal Rules of Civil Procedure, the memorandum of points and authorities to follow, and any oral argument that may be heard on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 22, 2022, Plaintiffs commenced this lawsuit against the United States of America and David N. Karpel by the filing of a Complaint [ECF No. 1]. Therefore, the deadline upon which to serve all the defendants is today, May 23, 2022. Plaintiffs timely served the United States on May 18, 2022 and also served the United States with the Summons and Complaint for Defendant David N. Karpel as required pursuant to FRCP 4(i)(2) and (3) on May 18, 2022. However, given that Karpel has also been sued in his individual capacity, FRCP 4(i)(3) also requires that he be personally served pursuant to FRCP 4(e)(2).

Plaintiffs have hired a process server who is diligently searching for a current address for Defendant David N. Karpel and have run a skip trace, however the skip trace is still ongoing and has not yet been completed such that a current address has been located. Karpel is a prior federal employee that it appears from the search no longer works for the federal government. Karpel's address is also not listed on the state bar websites for Virginia or Washington, DC, nor the state bar website for Colorado where Plaintiffs believe Karpel is currently residing.

Prior to attempting service on Karpel, counsel for Plaintiff sought an agreement to accept service of the complaint with Holly Vance, the United States attorney who previously represented Karpel in another action in Nevada federal court. However, Ms. Vance has informed counsel for Plaintiffs that she is unable to take any action in this matter at this time because she does not yet know who will be handling this case. Ms. Vance further advised counsel that she will let counsel know who will be handling this case once the assignment is made so that she can reach out to that attorney. Once counsel hears back from Ms. Vance or the attorney that has been assigned to handle this case, counsel will again request that the United States Attorneys' Office accept service on behalf of Karpel. Accordingly, for good cause shown, Plaintiffs seek an extension of time of up to 60 days to serve process on Karpel.

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

FRCP 6(b)(1)(A) permits a party to file a motion to seek an extension of the deadline to serve process before the expiration of the 90-day time period for good cause shown as follows:

> *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P. 6(b)(1)(A).

Here, Plaintiffs have demonstrated good cause to secure an extension in which to serve defendant Karpel based on the efforts to locate him to date and inability to locate a current address for him. Defendant Karpel has also been partially served by serving the summons and complaint on the local United States Attorney's Office in the District of Nevada and mailing it to the Attorney General at the Department of Justice in Washington, DC as required by FRCP FRCP 4(i)(2) and (3).

For good cause shown, the court should extend the deadline for Plaintiffs to serve process on Defendant David N. Karpel up to and including July 22, 2022.

Respectfully submitted this 23rd day of May, 2022.

**MELANIE HILL LAW PLLC**

  /s/ Melanie A. Hill
MELANIE A. HILL
Nevada Bar No. 8796
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 362-8500
Facsimile:  (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Ernesto Manuel Gonzalez, James Gillespie, Cesar Vaquera Morales, Diego Chavez Garcia, and Bradley Campos*

**ORDER**

**Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Serve Process on Defendant David N. Karpel (ECF No. 6) is GRANTED.**

**IT IS FURTHER ORDERED that Plaintiffs will have through and including July 22, 2022 to serve David N. Karpel.**

**U.S. MAGISTRATE JUDGE**

**Dated:  May 23, 2022**