Glenn S. Greene
New York State Bar No. 2674448
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorney for Defendants the United States
And David Karpel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO MANUEL GONZALEZ, an individual, JAMES PATRICK GILLESPIE, an individual, CESAR VAQUERA MORALES, an individual, DIEGO CHAVEZ GARCIA, an individual, BRADLEY CAMPOS, an individual et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al., DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | Case No: 2:22-cv-00328-JCM-ECY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR UNITED STATES' RESPONSE**<br>**(First Requested Extension)** |

Pursuant to Local Rule IA 6-1, Defendant the United States of America, and Plaintiffs Ernesto Manuel Gonzalez, James Patrick Gillespie, Cesar Vaquera Morales, Diego Chavez Garcia, and Bradley Campos (collectively, the "Parties") stipulate to an extension of time for the United States to respond to Plaintiffs' Complaint. This is the first stipulation for an extension. The reason for this stipulation is to align the due date for the United States' response to the Complaint with the due date for Defendant David Karpel's response. Both the United States and Defendant Karpel intend to file motions to dismiss. Aligning the due dates for their responses would facilitate a consolidated briefing schedule for their motions, which would serve the purpose of judicial economy.

The United States' response is currently due July 18, 2022. Defendant Karpel's response is currently due September 12, 2022. The parties stipulate that the United States' response will

now also be due September 12, 2022. The parties further stipulate that Plaintiffs will have thirty-five (35) days to file their responses to the United States' and Karpel's motions, and the United States and Karpel will have twenty-one (21) days thereafter to file any replies.

Respectfully submitted this 13th day of July 2022.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Senior Trial Counsel
Torts Branch, Civil Division

*/s/Glenn S. Greene*
GLENN S. GREENE
Senior Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorneys for Defendants the United States and David Karpel*

/s/ *Melanie A. Hill*
MELANIE A. HILL
Nevada Bar No. 8796
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 362-8500
Facsimile: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Ernesto Manuel Gonzalez, James Patrick Gillespie, Cesar Vaquera Morales, Diego Chavez Garcia, and Bradley Campos*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 13, 2022