MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO MANUEL GONZALEZ, an individual, JAMES PATRICK GILLESPIE, an individual, CESAR VAQUERA MORALES, an individual, DIEGO CHAVEZ GARCIA, an individual, and BRADLEY CAMPOS, an individual,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, DAVID N. KARPEL, individually, DOES 1 through 100; and ROES 1 through 100; inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00328-JCM-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO USA AND KARPEL'S MOTIONS TO DISMISS [ECF NOS. 13 AND 14]**<br><br>**(THIRD REQUEST)** |

NOW COMES the Plaintiffs, ERNESTO MANUEL GONZALEZ ("GONZALEZ"), JAMES PATRICK GILLESPIE ("GILLESPIE"), CESAR VAQUERA MORALES ("MORALES"), DIEGO CHAVEZ GARCIA ("GARCIA"), and BRADLEY CAMPOS ("CAMPOS") (collectively referred to herein as "Plaintiffs"), by and through their attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants, UNITED STATES OF AMERICA and DAVID N. KARPEL, by and through their attorney, Glenn Greene, who hereby stipulate that the deadlines for Plaintiffs to respond to Defendant USA and Karpel's Motions to Dismiss [ECF Nos. 13 and 14] and Defendant USA and Karpel's deadlines to reply be extended pursuant to Local Rule IA 6-1.

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

This is the third request for an extension of the deadlines. The first request was by stipulation to extend the deadlines to allow the USA and Karpel's deadlines to be aligned. The second request was by stipulation to extend the deadlines to allow Plaintiffs to file a motion to be added to the Protective Order in the underlying criminal case. In support of this Stipulation and Request, the parties state as follows:

1. Defendant USA and Karpel filed their Motions to Dismiss on September 12, 2022 [ECF Nos. 13 and 14].

2. Pursuant to the Order granting the second stipulation, Plaintiffs deadline to respond to the Motions to Dismiss is November 18, 2022.

3. Prior to filing the second stipulation request, counsel for the parties conferred to attempt to resolve counsel for Plaintiffs' request to be added to the Protective Order in place in the underlying criminal case so that Plaintiffs may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending motions.

4. Counsel for Plaintiffs has also conferred with the local U.S. Attorneys' office regarding the same. Counsel have determined that a motion will be necessary to allow counsel for Plaintiffs to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiffs and used to further plead the complaint in this case. It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of this court.

5. To allow this motion to be filed and allow counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further respond to the pending Motions to Dismiss, the parties have stipulated to extend Plaintiffs' response deadline to December 13, 2022. The parties have further stipulated to allow Defendants USA and Karpel until January 20, 2022 to file their replies.

6. After filing the second stipulation, counsel was delayed in filing the motion to be added to the protective order because she and her entire family were ill and she had to take off work to care for herself and her young child. This additional request is to allow Plaintiffs to file the motion

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

to be added to the protective order and obtain and review the criminal discovery to allow Plaintiffs to adequately respond to the Motions to Dismiss. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time to allow Plaintiffs' counsel to be added to the protective Order in the underlying criminal case, review the criminal discovery, and respond to the USA and Karpel's Motions to Dismiss.

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 18th day of November, 2022.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division


/s/Glenn S. Greene
GLENN S. GREENE
Senior Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorneys for Defendants the United States and David Karpel*

DATED this 18th day of November, 2022.

MELANIE HILL LAW PLLC

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Ernesto Manuel Gonzalez, James Patrick Gillespie, Cesar Vaquera Morales, Diego Chavez Garcia, and Bradley Campos*

**IT IS SO ORDERED.**

November 18, 2022
**DATE**                                    **UNITED STATES DISTRICT JUDGE**