MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO MANUEL GONZALEZ, et. al., | CASE NO.: 2:22-cv-00328-JCM-EJY |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO USA AND KARPEL'S MOTIONS TO DISMISS [ECF NOS. 13 AND 14]** |
| UNITED STATES OF AMERICA, et. al., | |
| Defendants. | **(THIRD REQUEST)** |

NOW COMES the Plaintiffs, ERNESTO MANUEL GONZALEZ ("GONZALEZ"), JAMES PATRICK GILLESPIE ("GILLESPIE"), CESAR VAQUERA MORALES ("MORALES"), DIEGO CHAVEZ GARCIA ("GARCIA"), and BRADLEY CAMPOS ("CAMPOS") (collectively referred to herein as "Plaintiffs"), by and through their attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendants, UNITED STATES OF AMERICA and DAVID N. KARPEL, by and through their attorney, Glenn Greene, who hereby stipulate that the deadlines for Plaintiffs to respond to Defendant USA and Karpel's Motions to Dismiss [ECF Nos. 13 and 14] and Defendant USA and Karpel's deadlines to reply be extended pursuant to Local Rule IA 6-1.

This is the third request for an extension of the deadlines. The first request was by stipulation to extend the deadlines to allow the USA and Karpel's deadlines to be aligned. The second request

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

was by stipulation to extend the deadlines to allow Plaintiffs to file a motion to be added to the Protective Order in the underlying criminal case.  In support of this Stipulation and Request, the parties state as follows:

1.      Defendant USA and Karpel filed their Motions to Dismiss on September 12, 2022 [ECF Nos. 13 and 14].

2.      Pursuant to the Order granting the second stipulation, Plaintiffs deadline to respond to the Motions to Dismiss is December 13, 2022.

3.      Prior to filing the second stipulation request, counsel for the parties conferred to attempt to resolve counsel for Plaintiffs' request to be added to the Protective Order in place in the underlying criminal case so that Plaintiffs may share the criminal discovery with undersigned counsel. The discovery is necessary to further plead the complaint in this case in response to arguments made in the currently pending motions.

4.      Counsel for Plaintiffs also conferred with the local U.S. Attorneys' office regarding the same.  Counsel determined that a motion would be necessary to allow counsel for Plaintiffs to be added to the Protective Order in the underlying criminal case so that discovery may be reviewed by counsel for Plaintiffs and used to further plead the complaint in this case.  It is also undersigned counsel's understanding that the United States has no objection to Plaintiff's counsel being added to the protective order upon further motion and order of the court.

5.      On November 18, 2022, Plaintiffs' counsel filed a Motion to Be Added to the Protective Order [ECF No. 17] in this case.  The Motion was denied by Magistrate Judge Youchah without prejudice by Minute Order on November 21, 2022 [ECF No. 20] directing Plaintiff's counsel to file the motion in the underlying criminal case.

6.      To allow time for Plaintiffs' counsel to file the motion in the criminal case, to allow the Court time to rule on the motion, and to allow Plaintiffs' counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint, the parties have stipulated to extend Plaintiffs' response deadline to the Motions to Dismiss to January 25, 2023.  The parties have further stipulated

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

to allow Defendants UNITED STATES OF AMERICA and DAVID N. KARPEL until March 1, 2023 to file its response to Plaintiffs' filing.

7. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time for Plaintiffs' counsel to file the motion in the criminal case, to allow the Court time to rule on the motion, and to allow Plaintiffs' counsel to review the underlying criminal discovery for purposes of prosecuting this civil case and further responding to the pending Motions to Dismiss and/or filing an Amended Complaint.

WHEREFORE, the parties respectfully request that the Court extend the deadlines as stipulated to herein.

DATED this 6th day of December, 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Acting Assistant Director
Torts Branch, Civil Division


/s/Glenn S. Greene
GLENN S. GREENE
Senior Trial Attorney
Torts Branch, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Glenn.Greene@usdoj.gov
*Attorneys for Defendants the United States and David Karpel*

DATED this 6th day of December, 2022.

MELANIE HILL LAW PLLC

/s/ Melanie A. Hill
MELANIE A. HILL
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiffs Ernesto Manuel Gonzalez, James Patrick Gillespie, Cesar Vaquera Morales, Diego Chavez Garcia, and Bradley Campos*

**IT IS SO ORDERED.**
December 8, 2022
DATE                                             UNITED STATES DISTRICT JUDGE